RECEIVED

JUN 2 5 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| THEIRING CHARLES<br>aka THIERING CHARLES<br>LA. DOC #307815 | CIVIL ACTION NO. 6:15-cv-0216 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| WARDEN BURL CAIN | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the petition be deemed **SUCCESSIVE** and **TRANSFERRED** to the United States Fifth Circuit Court of Appeals pursuant to 28 U.S.C. §1631 for further proceedings as provided by 28 U.S.C. § 2244(b).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 25th day of June, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE